**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Philip Dale SUPINA, Defendant-**
**Appellant.**

**No. 24718.**

United States Court of Appeals,
Ninth Circuit.

June 22, 1970.

W. Edward Morgan, (argued) Tucson, Ariz., for defendant-appellant.

Joe Jencks, (argued) Asst. U. S. Atty., Richard K. Burke, U. S. Atty., Jo Ann D. Diamos, Asst. U. S. Atty., for plaintiff-appellee.

Before MERRILL and KOELSCH, Circuit Judges, and WILKINS,* District Judge.

PER CURIAM:

The judgment of conviction against Philip Dale Supina for refusing to submit to induction (50 U.S.C.App. § 462) is reversed.

The record discloses that this is another one of those cases in which the registrant was processed for induction as a "delinquent" by his Local Board after he failed to report for his physical examination. United States v. Stow, 427 F.2d 891 (9th Cir. filed May 27, 1970); see United States v Broyles, 427 F.2d 358 (9th Cir. filed June 8, 1970); United States v. Thomas, 422 F.2d 1327 (9th Cir. 1970).

* Honorable Philip C. Wilkins, United States District Judge, Sacramento, California, sitting by designation.